Leon H. Goldman, Appellant, v. Keystone Bloomer Co., Inc., Respondent. — In an action by a salesman to recover an amount alleged to be due under a

written contract of employment, order precluding the plaintiff from offering, on the trial, any evidence with reference to the orders and reorders set forth in paragraphs numbered third and fifth in his bill of particulars, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ., concur.